PER CURIAM. We find no error in the trial of this action in the Superior Court.

There was evidence in support of affirmative answers to the issues submitted to the jury. This evidence was submitted to the jury under instructions which are free from error. The judgment is affirmed.

No error.

---

THE AMERICAN APPRAISAL COMPANY v. W. B. BLADES ET AL.

(Filed 5 March, 1930.)

APPEAL by defendants from *Midyette, J.,* at September Term, 1929, of CRAVEN.

Civil action to recover the sum of $1,778.47 for professional services in making an appraisal of the properties of Morehead Bluffs, Inc., located on Bogue Sound, near Morehead City, N. C., at the instance of the defendants.

A jury trial was waived, and by agreement, the judge found the facts and rendered judgment accordingly.

From a judgment in favor of plaintiff, the defendants appeal, assigning errors.

*D. L. Ward and D. L. Ward, Jr., for plaintiff.*
*Whitehurst & Barden for defendants.*

PER CURIAM. The case presents no more than a disputed issue of fact. This has been determined in favor of the plaintiff.

No error.

---

ELLIOTT RADIO COMPANY v. ETHEL M. HAYNES.

(Filed 19 March, 1930.)

APPEAL by plaintiffs from *Nunn, J.,* at November Term, 1929, of WAKE. No error.

This is an action to recover upon a contract in writing by which defendant guaranteed the payment of the account of the Radio Corporation of Virginia with the plaintiffs for merchandise thereafter to be sold and delivered.

Defendant contends that no credit has been extended to the Radio Corporation of Virginia by the plaintiffs since the date of said contract and that therefore plaintiffs are not entitled to recover in this action.

From judgment on the verdict that plaintiffs recover nothing of defendant by this action, plaintiffs appealed to the Supreme Court.

*T. D. Parish for plaintiffs.*
*J. C. Little for defendant.*

PER CURIAM. There was no error in the trial of this action. The judgment is affirmed.

No error.

---

## CITY OF WILMINGTON v. R. A. PARSLEY.

(Filed 26 March, 1930.)

APPEAL by respondent from *Grady, J.,* at December Term, 1929, of NEW HANOVER.

Proceeding for condemnation of land, tried upon the following issue:

"1. What damages, if anything, is the defendant entitled to recover of the plaintiff for the rights, privileges and easements taken by it, and injuries to his remaining lands by the construction of new Third Street, as shown on the blue print? Answer: "$2,500."

The respondent, feeling aggrieved at the smallness of the damages awarded, appeals from the judgment entered on the verdict, assigning errors.

*John J. Burney for petitioner.*
*Bryan & Campbell for respondent.*

PER CURIAM. A careful perusal of the record leaves us with the impression that the case has been tried in substantial conformity to the decisions on the subject, and that no serious harm has come to the respondent in the particulars pointed out by his exceptions. *Wade v. Highway Commissioners,* 188 N. C., 210, 124 S. E., 193; *Elks v. Commissioners,* 179 N. C., 241, 102 S. E., 414.

The verdict and judgment will be upheld.

No error.